<b>UNITED STATES BANKRUPTCY COURT<br>
FOR THE DISTRICT OF MARYLAND<br>
_____ DIVISON</b>

**In Re:**                              :
                                    :
                                    :    **Case No:**_____
                                    :
                    Debtor(s)    :    **Chapter:** _____
                                    :

<b><u>NOTICE OF DEPOSIT INTO COURT REGISTRY</u></b>

I _____, Chapter ____ trustee in the above-captioned case, pursuant to section 374(a) of the Bankruptcy Code and Federal Bankruptcy Rule 3011, submit the sum of $_____ to the Court registry representing the following unclaimed funds:

| **Claim No.** | **Payee** | **Last Known Address** | **Amount** |
| --- | --- | --- | --- |
| | | | |

Date:_____                   Signature:_____
                                                                       Address: